# United States Court of Appeals
## For the First Circuit

No. 19-2069

LAWRENCE ROLAND OUELLETTE,

Plaintiff, Appellant,

v.

ROGER BEAUPRE, individually and in his official capacity as Chief of Police for the Biddeford Police Department;

CITY OF BIDDEFORD,

Defendants, Appellees,

NORMAN GAUDETTE,

Defendant.

**JUDGMENT**

Entered: October 7, 2020

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are awarded to appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Lance E. Walker, Christa Berry, Clerk, United States District Court for the District of Maine, Walter F. McKee, Matthew D. Morgan, Kurt Peterson, Gene R. Libby, Tyler Justin Smith, Timothy Joseph Bryant, Jonathan George Mermin, Keith R. Jacques