IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| LAWRENCE ROLAND OUELLETTE, <br> of Biddeford, York County, Maine, <br> <br> Plaintiff, <br> <br> v. <br> <br> NORMAN GAUDETTE, in his <br> Individual Capacity, <br> ROGER BEAUPRE, in his Official <br> Capacity as Chief of Police for the <br> Biddeford Police Department and in his <br> Individual Capacity, and CITY OF <br> BIDDEFORD, <br> <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.: 2:16-CV-53-LEW |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants Roger Beaupre and the City of Biddeford appeal to the United States Court of Appeals for the First Circuit from the Order entered on February 12, 2021, ECF Docket No. 167.

DATED at Portland, Maine, this 17th day of February, 2021.

/s/ Timothy J. Bryant
Timothy J. Bryant, Esq. (Bar No. 7736)
Attorney for Defendant Roger Beaupre
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center
P. O. Box 9546
Portland, ME  04112-9546
tbryant@preti.com
(207) 791-3000


/s/ Keith R. Jacques
Keith R. Jacques, Esq. (Bar #2962)
Attorney for Defendant City of Biddeford

17108475.1

Woodman Edmands Danylik Austin Smith & Jacques, P.A.
234 Main Street
P.O. Box 468
Biddeford, ME 04005
krj@woodedlaw.com
(207) 284-4581

Case 2:16-cv-00053-LEW   Document 171   Filed 02/17/21   Page 2 of 3    PageID #: 1567

17108475.1

**CERTIFICATE OF SERVICE**

      I, Timothy Bryant, Esq., hereby certify that on February 17, 2021, I served the foregoing City Defendants' Notice of Appeal by using the CM/ECF system, which I understand will send notification of the filing to the following:

Attorney for Lawrence Ouellette
Walter F. McKee, Esq.
McKee Law
133 State Street
Augusta, ME 04330
wmckee@mckeelawmaine.com

Attorney for City of Biddeford
Keith R. Jacques, Esq. (Bar #2962)
Woodman Edmands Danylik Austin Smith & Jacques, P.A.
234 Main Street
P.O. Box 468
Biddeford, ME 04005
krj@woodedlaw.com

Attorneys for Norman Gaudette
Gene R. Libby, Esq. and Tyler Smith, Esq.
Libby O'Brien Kingsley & Champion, LLC
62 Portland Road, Suite 17
Kennebunk, ME  04043
glibby@lokllc.com
tsmith@lokllc.com


Dated:  February 17, 2021

                                        /s/ Timothy J. Bryant
                                        Timothy J. Bryant, Esq. (Bar No. 7736)
                                        Attorney for Defendant, Roger Beaupre
                                        Preti, Flaherty, Beliveau & Pachios, LLC
                                        One City Center
                                        P.O. Box 9546
                                        Portland, ME 04112-9546
                                        tbryant@preti.com
                                        (207) 791-3000

17108475.1